IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     *     CASE NO. 10-01627
    MUEBLERIA PROVINCIAL INC     *
     *     CHAPTER 11
     *
DEBTOR     *
******************************************************************

## MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

COMES NOW Debtor, through the undersigned attorney, and respectfully states and prays as follows:

1. The debtor filed this voluntary petition under Chapter 11 of Title 11 of the United States Code on March 2, 2010.

2. Due to an error with computer systems when filing case, debtor was assigned two case numbers.

3. The debtor requests the voluntary dismissal of the case.

4. Therefore, the debtor requests voluntarily dismiss the instance case.

WHEREFORE debtor respectfully requests from this Honorable Court the voluntary dismissal of the instance case, with such further relief as is just and proper.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 2nd day of March in 2010.

**I HEREBY CERTIFY**, that the foregoing motion has been electronically filed through CM/ECF electronic filing system which will serve the same to the Chapter 11 Trustee and all parties in interest.

SANTIAGO, MALAVET & SANTIAGO LAW OFFICES P.S.C.
SAGRADO CORAZON # 470
SANTURCE, PUERTO RICO 00915
727-3058 / 268-7749

/s/: JESUS SANTIAGO MALAVET, ESQ
USDCPR 202112

J:\QUIEBRAS -- INSOLVENCY\2010\Chapter 11\MUEBLERIA PROVINCIAL INC. - AMILCAR CINTRON\Motion for Voluntary Dismissal.wpd